Case 2:11-cv-08644-JEM   Document 18   Filed 06/22/12   Page 1 of 1   Page ID #:315

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY (SW) DEPUTY

Raffi R. Shahinian, Esq.  SBN 185962
LAW OFFICES OF RAFFI R. SHAHINIAN
815 S. Central Avenue
Suite 19
Glendale, CA 91204
T: (818) 244-8843
F: (818) 244-8834
E: shahinianlaw@gmail.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| NURITSA BEKARYAN, | No. CV 11-08644-PA-JEM |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR AWARD OF E.A.J.A. FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) subject to the terms of the stipulation.

DATED: June 22, 2012

John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE